**Juan Ramon MALDONADO; et al., Petitioners,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 07–72413.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 4, 2008.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Juan Ramon Maldonado, Colton, CA, pro se.

Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Carol Federighi, Esq., Gladys M. Steffens-Guzman, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Juan Ramon Maldonado and Sanjuana Almaguer, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order deny-ing their motion to reopen removal pro-ceedings. The BIA also construed the mo-tion as a motion to reconsider, and held

** This disposition is not appropriate for publi-cation and is not precedent except as provid-

that the motion was untimely. The BIA held that there was no need to consider petitioners' request for sua sponte reopen-ing because petitioners were by then statu-torily ineligible for cancellation due to their failure to depart the United States within the voluntary departure period.

Petitioners have waived any challenge to the BIA's order denying their motion to reopen or reconsider by failing to raise any arguments related to the BIA's dispositive determination that the motion was untime-ly, see *Martinez–Serrano v. INS,* 94 F.3d 1256, 1259–60 (9th Cir.1996); or failing to allege that they were otherwise eligible for reopening when they failed to voluntarily depart, see *Barroso v. Gonzales,* 429 F.3d 1195, 1202 (9th Cir.2005) ("Where an alien files his motion [to reopen] after his volun-tary departure period has expired, the law in this circuit is clear that the BIA may properly deny the motion on that basis.")

**PETITION FOR REVIEW DENIED.**